```
ROBERT REED, ESQ. (SBN: 180972)
IN PRO PER
16530 VENTURA BLVD, SUITE 312
ENCINO, CA 91436
818-438-3677
robertreed@gmail.com
```

FILED -nmc

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LC,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT ALAN REED,<br><br>   Defendant | Case No.: 5:25-cv-07150-SVK<br><br>**DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT** |

Defendant, ROBERT ALAN REED (hereinafter referred to as "Defendant"), for his Answer to the Complaint filed herein, respectfully states and alleges as follows:

**I. Responses to the complaint's allegations**

In response to the numbered paragraphs in the Plaintiff's Complaint, the Defendant answers as follows:

- **Paragraphs 1-4:** Defendant states that the allegations contained in the introductory paragraphs of the Complaint are introductory material, to which no response is required. To the extent a response is deemed necessary, Defendant denies any allegations inconsistent with the Defendant's defenses set forth herein.

- **Paragraph 5:** Defendant admits that Defendant is an attorney and believes he submitted two counter-notices to Youtube on behalf of

DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT  5:25-CV-07150-SVK        - 1

the Youtube Channel called "Frauditor Roundup" on or about August 6, 2025 that were rejected.

- **Paragraph 6:** Defendant admits that Defendant has submitted other counter-notices to YouTube on behalf of other Youtube Channels, as agent for service of process, who were similarly hit with false DMCA notifications by other YouTube users who did not like commentary and criticism directed at them using their own footage. In this case, the notices were rejected and resubmitted by Defendant John Doe dba Frauditor Roundup himself.
- **Paragraph 7:** Defendant admits to the content of this paragraph.
- **Paragraphs 8-10:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.
- **Paragraphs 11-14:** Defendant is not contesting subject matter jurisdiction or personal jurisdiction or venue. Defendant denies that Plaintiff is entitled to any relief on the basis of said statutes.
- **Paragraph 15:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 16:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT  5:25-CV-07150-SVK          -2

- **Paragraph 17:** Defendant admits to the content of this paragraph.
- **Paragraph 18:** Defendant does not have enough information to form a belief as to the truth of the allegation as it related to "John Doe," and therefore denies it. Defendant Reed admits that "John Doe" sought Defendant Robert Reed as "agent for service of process" to maintain his anonymity.
- **Paragraph 19:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 20:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraphs 21-35:** Defendant states that the allegations contained in the introductory paragraphs of the Complaint are introductory material, to which no response is required. To the extent a response is deemed necessary, Defendant denies any allegations inconsistent with the Defendant's defenses set forth herein.
- **Paragraph 36:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 37:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 38:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 39:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 40:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.
- **Paragraphs 41-42:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.
- **Paragraph 43:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 44:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 45:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 46**: Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 47**: Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.
- **Paragraph 48**: Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.
- **Paragraph 49**: Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 50**: Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant admits that the alleged "Infringing" videos were removed by YouTube.
- **Paragraph 51**: Defendant Reed admits to having served as agent for service of process for the YouTube Channel "Frauditor Roundup" by submitting "Frauditor Roundup's" §512(g)(3) counter-notification with Defendant Reed's identifying information, for the purpose of maintaining the counter-claimant's anonymity. Those submitted claims were rejected. Defendant "John Doe" dba Frauditor Roundup

DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT  5:25-CV-07150-SVK        - 5

submitted the counter-notifications successfully on or about August 13, 2025.

- **Paragraph 52:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant admits to the use of the stated language.
- **Paragraph 53:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.
- **Paragraph 54:** Defendant denies the allegations contained in this paragraph.
- **Paragraphs 55-56:** These paragraphs do not require a response from Defendant.
- **Paragraph 57:** Defendant admits to the language of the cited statute, adding that this language includes "Any person who knowingly materially represents under this section—(1) that the material. . . is infringing. . ."
- **Paragraph 58:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.
- **Paragraph 59:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required.

DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT  5:25-CV-07150-SVK              - 6

To the extent a response is deemed necessary, Defendant denies the allegations.

- **Paragraph 60**: Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.
- **Paragraph 61**: Defendant denies the allegations contained in this paragraph.
- **Paragraph 62**: Defendant, as it relates to Defendant Reed, denies the allegations contained in this paragraph.
- **Paragraphs 63-64**: These paragraphs do not require a response from Defendant.
- **Paragraphs 65-70**: Defendant Reed states that the allegations contained in these paragraphs do not relate to Defendant Reed. Defendant Reed had no participation in the content created by "Frauditor Roundup" and posted on "Frauditor Roundup's" YouTube channel. To the extent a response is deemed necessary, Defendant denies any allegations inconsistent with the Defendant's defenses set forth herein.

## II. Affirmative defenses

As separate and distinct affirmative defenses to the claims asserted in the Complaint, the Defendant alleges:

1. **Good Faith Belief**: The Defendant asserts that the takedown notice was sent based on a good faith belief that the content was

infringing, as required by 17 U.S.C. § 512(c)(3)(A)(v). Therefore, the Defendant did not "knowingly" make any misrepresentation under 17 U.S.C. § 512(f).

2. **No Material Misrepresentation:** The Defendant asserts that even if any statement in the takedown notice was inaccurate, it was not "material." A material misrepresentation is one that was important to the Online Service Provider's (OSP) decision to remove or disable the content. The Defendant will argue that any alleged misstatement by Defendant Reed did not influence the OSP's action.

3. **No Damages:** The Defendant asserts that the Plaintiff has not suffered any damages as a result of the takedown. A plaintiff must prove actual harm to recover under § 512(f).

4. **Failure to State a Claim:** The Complaint fails to state a claim upon which relief can be granted. The Defendant asserts that the Plaintiff has not properly pled all of the required elements of a claim under 17 U.S.C. § 512(f).

5. **Failure to Mitigate:** The Plaintiff failed to mitigate any alleged damages. Plaintiff delayed in filing a counter-notice or taking other action to restore the content, any damages resulting from that delay are the Plaintiff's responsibility.

6. **Reservation of Rights:** The Defendant reserves the right to raise other affirmative defenses that may become applicable as discovery proceeds.

**III. Prayer for relief**

WHEREFORE, the Defendant, ROBERT ALAN REED, prays for judgment against the Plaintiff, EXECUTIVE LENS LLC, as follows:

1. That the Complaint be dismissed in its entirety.
2. That judgment be entered in favor of the Defendant.
3. That the Defendant be awarded its reasonable attorneys' fees and costs incurred in this action, as permitted by law.
4. For such other and further relief as the Court deems just and proper.

Dated: September 30, 2025

Respectfully submitted,

/s/ Robert Reed
_____
ROBERT REED, ESQ. (SBN 180972)
IN PRO PER

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** EXECUTIVE LENS LLC   v.   ROBERT ALAN REED

2. **Case Number:** 5:25-cv-07150-SVK

3. **What documents were served?** *[Write the full name or title of the document or documents]* DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT

4. **How was the document served?** *[check one]*

   [✔] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Randall S. Newman, Esq.
   c/o PhysicalAddress.com
   99 Wall St.,. Suite 3727
   New York, NY 10005

   Ruben Martinez aka Defendant "John Doe")
   15903 Heimer Rd
   San Antonio, TX 78232

6. **When were the documents sent?** 9/30/2025

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signature]*

   Name: ROBERT REED

   Address: 16530 VENTURA BLVD SUITE 312
   ENCINO CA 91436

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*