



FROM:
REED (07150)
12184 EDGECLIFF AVE
SYLMAR CA 91342

TO:
CLERK'S OFFICE
NORTHERN DISTRICT OF CA
280 SOUTH 1ST STREET
SAN JOSE CA 95113

FILED-nmc OCT 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

RECEIVED
OCT 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE




# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs.

# PRIORITY® MAIL

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

or international shipments, the maximum weight is 20 lbs.