UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED -nmc

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

EXECUTIVE LENS LLC,

Plaintiff,

v.

ROBERT ALAN REED,

Defendant.

Case No. 25-cv-07150-SVK

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 9-30-25

NAME: ROBERT REED

Signature or "/s/"

COUNSEL FOR (OR "PRO SE"): PRO SE

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** EXECUTIVE LENS LLC v. ROBERT ALAN REED

2. **Case Number:** 5:25-cv-07150-SVK

3. **What documents were served?** *[Write the full name or title of the document or documents]* CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

4. **How was the document served?** *[check one]*
   - [✓] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Randall S. Newman, Esq.  
   c/o PhysicalAddress.com  
   99 Wall St.,. Suite 3727  
   New York, NY 10005

   Ruben Martinez aka Defendant "John Doe")  
   15903 Heimer Rd  
   San Antonio, TX 78232

6. **When were the documents sent?** 9/30/2025

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signature]*
   Name: ROBERT REED
   Address: 16530 VENTURA BLVD SUITE 312
   ENCINO CA 91436

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*