**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OCT 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC <br><br> Plaintiff(s) <br> v. <br><br> ROBERT ALAN REED <br><br> Defendant(s) | CASE No C  5:25-cv-07150 SVK <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 10/23/25                              _____
                                                        Party

Date: 10/23/25                              _____
                                                        Attorney
                                                        PRO SE

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 10/23/25                              _____
                                                        Attorney
                                                        PRO SE

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. Case Name: EXECUTIVE LENS LLC   v.   ROBERT ALAN REED

2. Case Number: 5:25-cv-07150 SVK

3. What documents were served? Write the full name or title of the document(s)
   ADR CERTIFICATION BY PARTIES AND COUNSEL

4. How was the document served? Check one:
   ☒ Placed in U.S. Mail
   ☐ Hand-delivered
   ☐ Sent for delivery (e.g., FedEx, UPS)
   ☐ Sent via email [if the other party has agreed to accept service by email]

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]
   Randall S. Newman, Esq.
   99 Wall Street, Suite 3727
   New York., NY 10005

6. When were the documents sent? 10/24/25

7. Who served the documents? [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: /s/ Robert Reed

Name: ROBERT REED

Address: 1653-0 VENTURA BLVD #312 ENCINO CA 91436