RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Executive Lens LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EXECUTIVE LENS LLC,

   Plaintiff,

  vs.

ROBERT ALAN REED,

   Defendant.

Case No. 25-cv-07150-SVK

**NOTICE OF CHANGE OF ADDRESS**

1

**Notice of Change of Address**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT the contact information for Plaintiff's counsel, Randall S. Newman, has changed. Effective immediately, counsel's address is as follows:

Randall S. Newman, Esq.
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net

Counsel's prior address should no longer be used for service. All future pleadings and correspondence should be directed to the address above.

Dated: March 25, 2026        /s/ Randall S. Newman
       Randall S. Newman, Esq. (SBN 190547)
       270 Madison Ave., 10th Floor
       New York, NY 10016
       (212) 797-3735
       rsn@randallnewman.net

       *Attorney for Plaintiff,*
       *Executive Lens LLC*

**Notice of Change of Address**