# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALAN REED and JOHN DOE dba "Frauditor Roundup" www.youtube.com@FrauditorRoundup,<br><br>Defendants. | Case No. 25-cv-07150-SVK<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(a)(ii)** |

1

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Executive Lens LLC ("Plaintiff") and Defendant Robert Alan Reed ("Defendant"), hereby stipulate and agree as follows:

1.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action against Defendant Robert Alan Reed are hereby voluntarily DISMISSED WITH PREJUDICE.

2.     Any claims that were or could have been asserted in this action against any unidentified or unnamed defendants, including but not limited to "John Doe" also known as "Frauditor Roundup" and/or Ruben Martinez, are voluntarily DISMISSED WITHOUT PREJUDICE. Plaintiff expressly reserves all rights to assert such claims in a separate action.

3.     Each party shall bear its own attorneys' fees and costs, except as otherwise expressly provided in the Settlement Agreement executed by the Parties.

4.     The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between Plaintiff and Defendant Robert Alan Reed.

Dated: March 31, 2026                    s/ Randall S. Newman
                                         Randall S. Newman, Esq. (190547)
                                         270 Madison Ave., 10th Floor
                                         New York, NY 10016
                                         (212) 797-3735
                                         rsn@randallnewman.net
                                         *Attorney for Plaintiff,*
                                         *Executive Lens LLC*

Dated: March 31, 2026

                                         s/ Robert Reed
                                         Robert Reed, Esq. (180972)
                                         16530 Ventura Blvd., Suite 312
                                         Encino, CA 91436
                                         (818) 438-3677
                                         robertreed@gmail.com

                                         *In Pro Per*

2
**STIPULATION OF VOLUNTARY DISMISSAL**